# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jose Ramirez,

Plaintiff(s),

v.

Modern Cobbler Shops, Inc. et al,

Defendant(s).

Case No. 16cv9409
Judge Samuel Der-Yeghiayan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is hereby entered: Defendants' motion for summary judgment is granted and the court dismisses the state law claims without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Samuel Der-Yeghiayan on a motion

Date: 3/30/2017

Thomas G. Bruton, Clerk of Court

Elisa Perez, Deputy Clerk